cc: filer

ORIGINAL

Provided to Graceville Correctional Facility on 10/28/24 for mailing, by RB AW

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA CASE NO. [illegible]
vs.
ANTHONY TROY WILLIAMS

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
NOV 08 2024 lm
at 11 o'clock and 41 min. A M
Lucy H. Carrillo, Clerk

MOTION TO SHOW PROSECUTORS NOR JUDGES HAD NO^atw JURISDICTION OVER PRIVATE ATTORNEY GENERAL ANTHONY TROY WILLIAMS

Private Attorney General Anthony Williams, a servant of the Most High Yahweh Elohim Yahshua, submits this Motion To show Prosecutors Nor Judges Had No^atw Jurisdiction Over Private Attorney General Anthony Williams. In support of this motion the undersigned states the following.

I. THE ORIGINAL THIRTEENTH AMENDMENT

The founders of the Constitution had a justified distrust of attorneys at law, that they INTENTIONALLY left them out as having any rights via the Constitution. The Sixth Amendment right to the assistance of Counsel was, is not and never has been in reference to an attorney at law, because the founding fathers KNEW how wicked and corrupt attorneys at law were and so in order to prevent attorneys at law from usurping authority that they were not delegated by the Constitution, they passed the original Thirteenth Amendment which stated "If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honour (like Esquire), or shall without the Consent of Congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emporer,

Received By Mail Date 11/08/24

Mailed On Date 11/08/24

King, prince, or foreign power, such person shall CEASE TO BE A CITIZEN OF THE UNITED STATES, and shall be incapable of holding any office of trust or profit under them, or either of them." (emphasis added)

This original thirteenth Amendment was never repealed but was deceptively removed by pettifoggers who call themselves attorneys at law or Esquires. The current Thirteenth Amendment was actually the Fourteenth Amendment.

Since the original Thirteenth Amendment was never properly repealed by congress, it is still in effect even though these pettifogger attorneys have done everything to hide it, the truth has been revealed and there is no defense for any attorney at law or Esquire can put forth to dispute it. (See Exhibit 1)

Therefore, since EVERY attorney at law and Judge have a title of nobility from England as Esquire, they have all CEASED TO BE CITIZENS OF THE UNITED STATES and therefore INCAPABLE of HOLDING ANY OFFICE (i.e. prosecutor or judge) and are devoid of jurisdiction to prosecute and/or sit in judgment of any citizen or national of the United States. This means that the prosecution by Kenneth M. Sorenson, Gregg Paris Yates and Ronald G. Johnson (who is now a judge) and the judgment and sentence of Leslie E. Kobayashi are NULL AND VOID Abinitio.

## II. NO JURISDICTION TO HOLD OFFICE

Based upon the facts outlined above, Kenneth M. Sorenson, Gregg Paris Yates and Ronald G. Johnson had no authority to initate or execute a prosecution against the undersigned. Similarly, Leslie E. Kobayashi had no authority to preside as a judge at trial or issue a sentence upon the undersigned because they all were divested

of U.S. Citizenship by their reception of a title of Nobility as Esquires from England. In order for a judge to preside over a case and pronounce judgment and a sentence over a defendant they must have jurisdiction. As heretofore explained jurisdiction was never obtained by the fact that Kobayashi was divested of U.S. Citizenship and therefore had no authority or right to preside over the Undersigneds trial nor pronounce sentencing upon him.

CONCLUSION

Based upon the foregoing facts that neither the persecutors or the judge had any jurisdiction to hold either office, the indictment, conviction and sentence MUST be vacated and overturned as they are null and void abinitio.

Executed this 25th day of October 2024.

Righteously Submitted,

Anthony Williams

Anthony Williams
Private Attorney General
Common Law Counsel (First Judiciary Act of 1789, Sec. 35)
Counsel to the Poor (Psa. 14:6)

CERTIFICATE OF SERVICE

I, hereby certify that true and correct copy was furnished to the US Attorney's Office, 300 Ala Moana Blvd, Honolulu, HI 96850, by U.S. Mail, on the 6th day of November 2024.

Anthony Williams

Anthony Williams

EXHIBIT “1”

(Original)

# Amendment XIII

If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honour, or shall without the consent of Congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them.

Quote from The Missing 13th Amendment

The Missing 13th Amendment
"TITLES OF NOBILITY" AND "HONOR"

In the winter of 1983, archival research expert David Dodge, and former Baltimore police investigator Tom Dunn, were searching for evidence of government corruption in public records stored in the Belfast Library on the coast of Maine. By chance, they discovered the library's oldest authentic copy of the Constitution of the United States (printed in 1825). Both men were stunned to see this document included a 13th Amendment that no longer appears on current copies of the Constitution. Moreover, after studying the Amendment's language and historical context, they realized the principle intent of this "missing" 13th Amendment was to prohibit lawyers from serving in government.

So began a seven-year, nationwide search for the truth surrounding the most bizarre Constitutional puzzle in American history -- the unlawful removal of a ratified Amendment from the Constitution of the United States. Since 1983, Dodge and Dunn have uncovered additional copies of the Constitution with the "missing" 13th Amendment printed in at least eighteen separate publications by ten different states and territories over four decades from 1822 to 1860.

In June of this year, Dodge uncovered the evidence that this missing 13th Amendment had indeed been lawfully ratified by the state of Virginia and was therefore an authentic Amendment to the American Constitution. If the evidence is correct and no logical errors have been made, a 13th Amendment restricting lawyers from serving in government was ratified in 1819 and removed from our Constitution during the tumult of the Civil War.

Since the Amendment was never lawfully repealed, it is still the Law today. The implications are enormous.

The following was found at: http://www.barefootsworld.net/consti12.html
Click on the above link, find this part on that web page.
It has a lot of good footnotes, links, pictures, and references that are not shown here.

# The Original Thirteenth Amendment

**Ratified March 12, 1819**

The Founders held an intense disdain and distrust of **"Nobility"** as a result of a long history, during Colonial times, of abuses and excesses against the Rights of Man and the established Common Law and Constitutions by the **"Nobility"**, and therefore placed in the new Constitution two injunctions against acceptance of Titles of Nobility or Honor or emoluments from external sources. The Revolutionary War for Independence was primarily waged to eliminate these abuses and excesses of the **"Nobility"** and the **"Monied Classes"** from the life of the Nation, recognizing the Equality of all men.

As there was no penalty attached to a title of nobility or honor in the Constitution as originally ratified, the **Original Thirteenth Amendment** was proposed in December of 1809 to institute penalty for accepting or using a **"Title of Nobility or Honor"** to set oneself apart from, or superior to, or possessing of any special privileges or immunities not available to any other citizen of the United States, and **to eliminate the widespread use of "emoluments" as bribery and of the legislatures and judiciary** used to further the causes and positions of **"Special Interests".** It was an attempt to keep politicians and civil servants **"Honest"** in their service to the citizens.

As noted in the discussion in Article 1 of the Constitution, the original Thirteenth Amendment, was ratified in 1819, adding a heavy penalty upon any person holding or accepting a Title of Nobility or Honor, or emoluments from external powers by making that person **"cease to be a citizen of the United States"** and **"incapable of holding any Office of Trust or Profit under the United States".** This Amendment was proposed, properly ratified, and was a matter of record in the several States archives until 1876, by which time it was quietly, and fraudulently deleted, never repealed, during the period of Reconstruction after the Civil War and the presently acknowledged Thirteenth Amendment was substituted. The original records of the original 13th amendment were thought to be destroyed at the time of the burning of the capitol during the War of 1812, but have since been found in the archives of the British Museum, the national archives and in the archives of several of the States and territories. The fact of its existence had been lost to memory until, by chance, researchers discovered in the public library at Belfast, Maine an 1825 copy of the U. S. Constitution. Subsequent research shows that it was in the records of the ratifying states and territories until 1876, the last to drop it from record was the Territory of Wyoming after 1876. The most intriguing discovery was the 1867 Colorado Territory edition which includes both the **"missing"** Thirteenth Amendment and the current 13th Amendment, on the same page. The current 13th Amendment is listed as the 14th Amendment in the 1867 Colorado edition.

The 1876 Laws of Wyoming which similarly show the **"missing"** Thirteenth Amendment, the current 13th Amendment (freeing the slaves), and the current 15th Amendment on the same page. The current 13th Amendment is listed as the 14th, the current 14th amendment is omitted, and the current 15th Amendment is in proper place.

For further discussion and the history of the Original Thirteenth Amendment see **"Demon of Discord, Ratification and Suppression of the Original Thirteenth Article of Amendment to the Constitution of the United States."**

On December 3, 1860, the month after Lincoln was elected, President Buchanan asked Congress to propose an **"explanatory amendment"**. It was to be another 13th Amendment, to eradicate and cover-up the deletion of the Original Thirteenth Title of Nobility and Honour Amendment. This proposed amendment, which would have forever legalized slavery, was signed by President Buchanan the day before Lincoln took office.

This amendment to the Constitution relating to slavery was sent to the states for ratification by the Second Session of the Thirty-sixth Congress on March 2, 1861, when it passed the Senate, having previously passed the House on February 28, 1861. It is interesting to note in this connection that this and the ratified Anti-Slavery amendment of 1865 are the only resolutions proposing amendments to the Constitution to have been signed by the President. The President's signature is considered unnecessary because of the constitutional provision that on the concurrence of two-thirds of both Houses of Congress the proposal shall be submitted to the States for ratification.

The resolve to amend signed by President Buchanan on March 2, 1861, two days before Lincoln's inauguration, read:

**Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, That the following article be proposed to the Legislatures of the several States as an amendment to the Constitution of the United States, which, when ratified by three-fourths of said Legislatures, shall be valid, to all intents and purposes, as part of the said Constitution, viz:**

**"ARTICLE THIRTEEN, No amendment shall be made to the Constitution which will authorize or give to Congress the power to abolish or interfere, within any State, with the domestic institutions thereof, including that of persons held to labor or service by the laws of said State."**

In other words, President Buchanan had signed a resolve that would have forever permitted slavery, and upheld states' rights. Only one State, Illinois, Lincoln's home state, had ratified this proposed amendment before the Civil War broke out in 1861. It appears at 12 Stat. 251, 36th Congress. Two more State legislatures ratified it, beginning with Ohio on May 13, 1861, followed by Maryland on January 10, 1862.

But the onslaught of the Civil War taught that the Nation may be in even greater peril from the States than they ever were from the Nation. And so, after more than seventy years of national life, the people, by the presently acknowledged 13th Amendment and the two following, laid upon the States restrictions which a few years before would have been impossible. The Constitution had gone forty-six years (1819 - 1865) without an Amendment.

In the tumult of 1865, the original Thirteenth Amendment was removed from our Constitution. In a Congressional Resolve to amend dated December 5, 1864, approved and signed by President Lincoln, February 1, 1865, another Amendment numbered XIII (which prohibited slavery in Sect. 1, and ended states' rights in Sect. 2) was proposed. When, on January 13, 1865, a two-thirds vote was taken in the House of Representatives for proposing the currently presented 13th Amendment **"in honor of the immortal and sublime event"** the House adjourned. It was then presented to the States for ratification.

Two months later, April 9, 1865, the Civil War ended with General Lee's surrender. On April 14, President Lincoln was assassinated, dying on April 15th.

On December 18, 1865, the **"new"** 13th Amendment loudly prohibiting and abolishing slavery **(and quietly surrendering states rights to the federal government)** was proclaimed adopted by Secretary of State Seward, replacing and effectively erasing the original Thirteenth Amendment that had prohibited acceptance of **"titles of nobility"** and **"honors"** and **"emoluments"**, and **dishonest politicians have been bought and bribed and have treasonously accepted graft from external sources ever since, with no thought of penalty.**

This web page revised and updated on 080709

The Truth As I See It
About Government

What They
Do Not Want You
To Know

080321

Anthony T. Williams
Private Attorney General
Suwannee Correctional Institution
DC#i50147
5964 U.S. Highway 90
Live Oak, Florida 32060

7020 2450 0001 2320 2334

Retail

RDC 99

96850

U.S. POSTAGE PAID
FCM LG ENV
EWA BEACH, HI 96706
NOV 06, 2024

$6.62

S2324D500974-09

RECEIVED
CLERK, U. S. DISTRICT COURT
NOV
DISTRICT OF HAWAII

United States District Court
State of Hawaii
Honorable Leslie E. Kobayashi
Prince Kuhio Federal Bldg.
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii 96850

RECEIVED
CLERK, U. S. DISTRICT COURT
NOV 0 8 2024
DISTRICT OF HAWAII

7020 2450 0001 2320 2334